ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7022
Fax: (415) 436-6570
Email: Shining.Hsu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILLIP LE BLANC,<br><br>    Defendant. | Case No. CR 22-00362 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO TURNOVER FUNDS HELD BY FEDERAL BUREAU OF INVESTIGATION FOR PAYMENT TOWARD DEFENDANT'S RESTITUTION JUDGMENT; VACATING HEARING |

Upon consideration of the United States' Motion to Turnover Funds, said motion having been served on defendant, no objection having been filed, and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion to Turnover Funds Held by Federal Bureau of Investigation for Payment Toward Defendant's Restitution Judgment is Granted.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation is authorized to turn over to the Clerk of the Court, and the Clerk of the Court shall accept funds in the amount of Six Hundred Sixty-Eight Dollars ($668.00), currently held by the Federal Bureau of Investigation, for payment towards the outstanding restitution obligation imposed against Defendant.

\\\

[Proposed] Order
Case No: CR 22-00362 MMC

1

1  Said funds should be made payable to the United States District Court Clerk, and mailed to The
2  United States District Court Clerk, Attn: Financial Section, 450 Golden Gate Avenue, 16th Fl., San
3  Francisco, CA 94102, for application to the criminal restitution judgment owed by the Defendant in
4  this case.

5  In light of the above, the hearing scheduled for July 19, 2023, is hereby VACATED.

7  Dated: July 18, 2023

   _____
   HON. MAXINE M. CHESNEY
   United States Senior District Judge